**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS EQUITY, INC., ) | CASE NO. SACV06-602GW (RNBx) |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT IN A CIVIL ACTION** |
| ) | |
| CHASE MANHATTAN BANK USA, ) | |
| NATIONAL ASSOCIATION, a national ) | |
| banking association, ) | |
| Defendant. ) | |

This action came before the Court on a Motion for Summary Judgment. The issues have been considered and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Chase Bank USA, N.A. (formerly known, and referred to in the caption, as Chase Manhattan Bank USA, National Association) and against Plaintiff Atlas Equity, Inc. The action is dismissed on the merits, and Chase Bank USA, N.A. is to recover costs from the Plaintiff Atlas Equity, Inc.

Dated: February 24, 2009

_____
Honorable George Wu

AMENDED [PROPOSED] JUDGMENT IN A CIVIL CASE

LA1 1476996v.1